JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3697
   FAX: (510) 637-3724

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ROGER GALLUP, | ) | No. C 09-00210-SC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | **STIPULATION TO EXTEND ADR** |
| | ) | **DEADLINE; AND [~~PROPOSED~~] ORDER** |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

Plaintiff, by and through his attorney of record, and Defendant, by and through its attorneys of record, hereby stipulate, subject to approval of the Court, to a 3-day extension of the deadline for completing the required mediation session in this case. The parties are currently required to complete a mediation session by March 16, 2010. *See* Docket No. 17. However, due to difficulties in accommodating the parties' schedules and the need to complete the discovery that is needed for each party to evaluate their case, the only date for the mediation that will work for each of the parties and their representatives, as well as the mediator, is March 19, 2010. Accordingly, the parties respectfully ask this Court to extend the deadline for completing the required mediation session from March 16, 2010, to March 19, 2010.

1 | DATED: January 25, 2010          JOSEPH P. RUSSONIELLO
2 | United States Attorney

/s/
3 | EDWARD A. OLSEN
Assistant United States Attorney

5 | DATED: January 25, 2010          /s/
6 | SCOTT WOODALL
WOODALL & ALMEIDA
Attorney for Plaintiff

## [PROPOSED] ORDER

Pursuant to stipulation, is is SO ORDERED.

DATED: _____January 26_____, 2010

SAMUEL ...
United Sta... ...

IT IS SO ORDERED

Judge Samuel Conti