| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150<br>Assistant United States Attorney |

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3697
FAX: (510) 637-3724

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ROGER GALLUP, | ) | No. C 09-00210-SC |
| Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES POSTAL SERVICE, | ) | **STIPULATION TO EXTEND ADR DEADLINE; AND [~~PROPOSED~~] ORDER** |
| Defendant. | ) | |

Plaintiff, by and through his attorney of record, and Defendant, by and through its attorneys of record, hereby stipulate, subject to approval of the Court, to a 3-day extension of the deadline for completing the required mediation session in this case. The parties are currently required to complete a mediation session by March 16, 2010. *See* Docket No. 17. However, due to difficulties in accommodating the parties' schedules and the need to complete the discovery that is needed for each party to evaluate their case, the only date for the mediation that will work for each of the parties and their representatives, as well as the mediator, is March 19, 2010. Accordingly, the parties respectfully ask this Court to extend the deadline for completing the required mediation session from March 16, 2010, to March 19, 2010.

STIPULATION AND ~~PROPOSED~~ ORDER
C 09-0210-SC                                                                                  1

| | | |
|---|---|---|
| 1 | DATED: January 25, 2010 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 2 | | |
| 3 | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney |
| 4 | | |
| 5 | DATED: January 25, 2010 | /s/<br>SCOTT WOODALL |
| 6 | | WOODALL & ALMEIDA<br>Attorney for Plaintiff |

### [PROPOSED] ORDER

Pursuant to stipulation, is is SO ORDERED.

DATED: __January 26__, 2010   _____
SAMUEL CONTI
United States District Judge

*IT IS SO ORDERED* — Judge Samuel Conti (seal: United States District Court, Northern District of California)