UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ROGER GALLUP,
    Plaintiff,

No. C 09-0210 SC

v.

**ORDER APPROVING REQUEST FOR DEFENDANT'S ATTORNEY TO ATTEND MEDIATION BY PHONE**

UNITED STATES POSTAL SERVICE,
    Defendant.
_____/

Date:    March 19, 2010
Mediator:  Judith Mazia

IT IS HEREBY ORDERED that defendant United States Postal Service's representative, Joseph Doyle, is excused from personal attendance at the March 19, 2010, mediation before Judith Mazia. Mr. Doyle shall be available to participate by telephone at all times during the mediation, pursuant to ADR Local Rule 6-10.

IT IS SO ORDERED.

February 5, 2010
Dated

By: _____
Elizabeth D. Laporte
United States Magistrate Judge