UNITED STATES MAGISTRATE JUDGE
For the Northern District of California

1
2
3
4
5
6

# UNITED STATES  DISTRICT COURT

## Northern District of California

### San Francisco Division

ROGER GALLUP,
              Plaintiff,

    v.

UNITED STATES POSTAL SERVICE,
              Defendant.
_____/

No. C 09-0210 SC

**ORDER APPROVING REQUEST FOR DEFENDANT'S ATTORNEY TO ATTEND MEDIATION BY PHONE**

Date:     March 19, 2010
Mediator:  Judith Mazia

      IT IS HEREBY ORDERED that defendant United States Postal Service's representative, Joseph Doyle, is excused from personal attendance at the March 19, 2010, mediation before Judith Mazia.  Mr. Doyle shall be available to participate by telephone at all times during the mediation, pursuant to ADR Local Rule 6-10.

      IT IS SO ORDERED.

February 5, 2010
_____
Dated

By: _____
Elizabeth D. Laporte
United States Magistrate Judge