1  SCOTT L. WOODALL (CSBN 181971)
   LAW OFFICE OF SCOTT L. WOODALL
2  2340 Santa Rita Road, Suite 5
   Pleasanton, CA 94566
3  Telephone: (925) 600-0111
   Fax: (925) 600-0003
4  Attorney for Plaintiff Roger Gallup

5  EDWARD A. OLSEN (CSBN 214150)
   Assistant United States Attorney
6  1301 Clay Street, Suite 3408
   Oakland, California 94612
7  Telephone: (510) 637-3697
   Fax: (510) 637-3724
8  Attorneys for Defendant United States Postal Service

9

                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                   SAN FRANCISCO DIVISION
12

13 | Roger Gallup,                        ) Case No. C 09-0210-SC ADR
   |                                      )
14 | Plaintiff                            ) PLAINTIFF'S NOTICE OF VOLUNTARY
   |                                      ) DISMISSAL PURSUANT TO FEDERAL RULE
15 | v.                                   ) OF CIVIL PROCEDURE 41(a) AND JOINT
   |                                      ) STIPULATION; [PROPOSED] ORDER
16 | United States Postal Service,        )
   | And DOES 1 through 50                )
17 |                                      )
   | Defendants                           )
18 |                                      )

19   Plaintiff ROGER GALLUP hereby dismisses in its entirety his action entitled *Gallup v. USPS*,

20 C-09-0210-SC, WITH PREJUDICE. This Dismissal is made pursuant to the Court's Order of June 3,

21 2010 approving the Compromise Settlement (See Docket No. 27) and through the stipulation of the

22 parties. Each party is to bear its own attorney fees and costs.

23 IT IS SO STIPULATED:

24

25 Dated: June 29, 2010
                                    _____
                                    Scott L. Woodall
26
       July
27 Dated: June 7, 2010
                                    _____
                                    Edward A. Olsen (CSBN 214150)
28

*IT IS SO ORDERED*
*Judge Samuel Conti*

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 41(a) AND JOINT STIPULATION; [PROPOSED] ORDER
Case No. C 09-0210-SC ADR

**[PROPOSED] ORDER**

IT IS SO ORDERED:

Dated: _____

_____
SAMUEL CONTI
United States District Court Judge

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) AND JOINT STIPULATION; [PROPOSED] ORDER
Case No. C 09-0210-SC ADR